877 A.2d 1231

IN THE MATTER OF SCOTT J. WOOD, AN ATTORNEY AT LAW (ATTORNEY NO. 002431988).

July 21, 2005.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 05–054, concluding that **SCOTT J. WOOD** of **MOUNT HOLLY**, who was admitted to the bar of this State in 1988, should be suspended from the practice of law for a period of three months for violating *RPC* 1.3 (lack of diligence) *RPC* 1.4(a) (failure to communicate with client), and *RPC* 8.1(b) (failure to cooperate with disciplinary authorities);

And the Disciplinary Review Board further having concluded that respondent should refund the retainers in the *Underwood/O'Shea* and *Vellucci* matters;

And good cause appearing;

It is ORDERED that **SCOTT J. WOOD** is suspended from the practice of law for a period of three months and until the further Order of the Court, effective August 15, 2005; and it is further

ORDERED that respondent shall refund the retainers in the *Underwood/O'Shea*, and *Vellucci* matters within ninety days after the filing date of this Order; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.